# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2272
Lower Tribunal No. 2022-DR-006416

_____

JEFFREY W. HOLTON,

Appellant,

v.

JOY D. HOLTON,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Polk County.
Gerald P. Hill, II, Judge.

March 3, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and GANNAM, JJ., concur.


Jeffrey W. Holton, Winter Haven, pro se.

Joy D. Holton, Winter Haven, pro se.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED